# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-15201 |
| | ) | |
| Michael J. Dolchan Jr. | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES The Cadle Company and requests to be placed on the mailing matrix of this case. The address is as follows:

> The Cadle Company
> Attention: 01550006
> 100 North Center Street
> Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: October 28, 2019                By:  /s/ Vikki Dales
Vikki Dales, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3227
vikki.dales@cadleco.com

Document1

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-15201 |
| | ) | |
| Michael J. Dolchan Jr. | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on October 28, 2019, unless notified electronically via the Notice of Filing, addressed to the following:

    Scott F. Waterman, Trustee
    2901 St. Lawrence Avenue
    Suite 100
    Reading, PA  19606

    Mark A. Berenato, Esq.
    P. O. Box 167
    Mendenhall, PA 19357

*/s/ Kathleen Bryner*
Kathleen Bryner, Bankruptcy Secretary

P:\BANKRUPTCY\Electronic Filing\19-15201 (PA)\doc.docx

Document1